IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENRIQUE MEDINA ZAMORA and MARGARITA N. MEDINA,<br><br>Plaintiff,<br><br>vs.<br><br>US BANK, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust,<br><br>Defendant. | CASE NO. 2:19-cv-00267-RSM<br><br>NOTICE OF CHANGE OF ADDRESS |

Notice is hereby given that attorney Christina L Henry, Jacob DeGraaff and Henry & DeGraaff, PS have moved effective March 27, 2019, the new address is 787 Maynard Ave S, Seattle, WA 98104.

DATED this 27th of March 2019.

*/s/ Christina L Henry*  
Christina L Henry, WSBA 31273  
HENRY & DEGRAAFF, PS  
Counsel for Plaintiffs  
787 Maynard Ave S  
Seattle, WA 98104  
206-330-0595 Fax 206-400-7609  
chenry@hdm-legal.com

*/s/ Jacob D. DeGraaff*  
Jacob D. DeGraaff, WSBA# 36713  
HENRY & DEGRAAFF, PS  
Counsel for Plaintiffs  
787 Maynard Ave S  
Seattle, WA 98104  
206-330-0595 Fax 206-400-7609  
jacobd@hdm-legal.com

MOTION FOR DEFAULT - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MOTION FOR DEFAULT - 2

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609